SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ANGEL GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN MENDOZA D/B/A MENDOZAS LAWN MOWER SHOP; HERLINDA BARBA, AS TRUSTEE OF THE HERLINDA BARBA REVOCABLE TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:25-cv-09286-DMG (BFMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MARTIN MENDOZA D/B/A MENDOZAS LAWN MOWER SHOP** |

**PLEASE TAKE NOTICE** that Plaintiff ANGEL GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant MARTIN MENDOZA D/B/A MENDOZAS LAWN MOWER SHOP ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

//

//

//

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: January 9, 2026                                        SO. CAL. EQUAL ACCESS GROUP


By:    */s/  Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**